**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6402**

DAVID ATKINS,

Plaintiff - Appellant,

v.

LIEUTENANT GLASER T, Team Commander; R. CLEEK, Officer; NURSE SAMBOY, Head Nurse, RN; JOSEPH P. BARON, Sheriff; SERGEANT WILLIAMS; A. TURNER, Officer,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:18-cv-00354-LMB-TCB)

Submitted: August 19, 2019                    Decided: August 22, 2019

Before WILKINSON and AGEE, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

David Atkins, Jr., Appellant Pro Se. Michael David Arena, Alexander Francuzenko, COOK CRAIG & FRANCUZENKO, PLLC, Fairfax, Virginia; Katherine Curie Skilling, WIMBISH GENTILE MCCRAY & ROEBER, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Atkins, Jr., seeks to appeal the district court's order denying relief on some, but not all, claims in his 42 U.S.C. § 1983 (2012) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Atkins seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant the motion to dismiss filed by Lieutenant Glaser T, R. Cleek, Joseph P. Baron, and Sergeant Williams and dismiss the entire appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*